1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  Lisa Marie Williams (State Bar No. 226360)
   STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California  94111
   Telephone: (415) 421-3400
5  Facsimile:  (415) 421-2234

6  Attorneys for Defendant
   North American Title Company, Inc.
7

8

9                    UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

11

12
   KEITH T. TOWNS,                       )   Case No. S-04-1855 FCD/PAN
13                                       )
              Plaintiff,                 )
14                                       )   STIPULATION TO EXTEND TIME TO
          vs.                            )   DESIGNATE EXPERT WITNESSES
15                                       )
   AMERIQUEST MORTGAGE COMPANY,          )
16 TOWN AND COUNTRY TITLE SERVICES,      )
   INC., NORTH AMERICAN TITLE            )
17 COMPANY, and DOES 1 TO 10, inclusive, )
                                         )
18            Defendants.                )
                                         )

19

20

21

22

23

24

25

26

27

28

---

STIPULATION TO EXTEND TIME TO DESIGNATE EXPERT WITNESSES
G:\DOCS\FCD\orders to be signed\TOWNS-AMERICQUEST Expert DDL 0912.wpd

Plaintiff Keith T. Towns, defendant Ameriquest Mortgage Company, defendant Town & Country Title Services, Inc., and defendant North American Title Company, hereby enter into the following stipulation:

## **RECITALS**

WHEREAS, according to the December 30, 2004 Pretrial Scheduling Order, the last day to designate expert witnesses is currently set for September 9, 2005, and the last day to designate rebuttal expert witnesses is currently set for September 30, 2005;

WHEREAS, an extension of time to allow all parties an additional thirty days to designate expert witnesses will not unduly delay the proceedings in this Court;

## **STIPULATION**

NOW, THEREFORE, plaintiff and defendants hereby stipulate by and through their respective counsel, as follows:

1. Plaintiff and defendants stipulate to extend the time within which all parties may designate in writing the expert witnesses they propose to tender at trial to October 14, 2005; and

2. Plaintiff and defendants further stipulate to extend the time within which all parties may designate rebuttal expert witnesses to October 28, 2005.

Dated: September __, 2005          LEWIS N. NELSON, ATTORNEY AT LAW


                                   By:    /s/ - Lewis N. Nelson
                                          Lewis N. Nelson
                                          Attorney for Plaintiff Keith T. Towns

/ / /
/ / /
/ / /
Dated: September __, 2005          BUCHALTER NEMER
                                   A PROFESSIONAL CORPORATION

- 1 -

```
                              By:   /s/ - Mia S. Blackler
                                    Mia S. Blackler
                                    Attorneys for Defendants Ameriquest
                                    Mortgage Company and Town & Country
                                    Title Services, Inc.


Dated: September __, 2005     STEYER LOWENTHAL BOODROOKAS
                                 ALVAREZ & SMITH LLP


                              By:   /s/ - Lisa Marie Williams
                                    Lisa Marie Williams
                                    Attorneys for Defendant North American
                                    Title Company
```

### ORDER

Although, the foregoing stipulation does not clearly state the basis on which good cause exists the extension requested does not effect all other dates set in this action, therefore, IT IS HEREBY ORDERED THAT,

1. The deadline for all parties to designate expert witnesses shall be October 14, 2005; and

2. The deadline for all parties to designate rebuttal expert witness shall be October 28, 2005.

3. The parties shall review paragraph XI of the Court's Pretrial Scheduling Order, filed January 3, 2005 prior to any future requests for extension of deadlines.

Dated: September 12, 2005     /s/ Frank C. Damrell Jr.
                              The Honorable Frank C. Damrell, Jr.
                              United States District Judge

- 2 -