UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KEITH T. TOWNS,

      Plaintiff,

  v.

AMERIQUEST MORTGAGE, et al.,

      Defendants.

NO. CIV. S-04-1855 FCD PAN

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendant North American Motion for Summary Judgment is continued to February 24, 2006 at 10:00 a.m. Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than January 27, 2006.  The Defendants' may file and serve a reply on or before February 3, 2006.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

 1        3.   Plaintiff's counsel shall file his response to the
 2   order to show cause on or before January 27, 2006.
 3        4.   Plaintiff's counsel is instructed to register with the
 4   Eastern District of California for a login and password for the
 5   court's Electronic Case Management System pursuant to Local Rule
 6   5-133.  Counsel can accomplish this at the court's website at
 7   www.caed.uscourts.gov.  Failure to comply may result in an
 8   additional Order to Show Cause.
 9        5.   A hearing on the order to show cause will follow the
10   hearing on the Motion for Summary Judgment.
11        IT IS SO ORDERED.
12   DATED: January 19, 2006.

15                                    /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL, Jr.
16                                    UNITED STATES DISTRICT JUDGE