UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH TOWNS,

        Plaintiff,

    v.

AMERIQUEST MORTGAGE CO., et al.,

        Defendants.

_____/

NO. CIV. S-04-1855 FCD/PAN

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the plaintiff in the above action the court has determined that this case has settled as to defendant North American Title only.

    In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before March 6, 2006. Any dates as to this defendant not previously vacated are now VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    IT IS SO ORDERED.

Dated: February 1, 2006

                                /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR.
                                United States District Judge