BUCHALTER NEMER
A Professional Corporation
   SARAH K. ANDRUS (#174323)
   MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA  94105-2130
Telephone: (415) 227-0900 / Facsimile: (415) 227-0770

Attorneys for Defendants
AMERIQUEST MORTGAGE COMPANY AND
TOWN & COUNTRY TITLE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| KEITH T. TOWNS,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, TOWN AND COUNTRY TITLE SERVICES, INC., NORTH AMERICAN TITLE COMPANY,<br><br>    Defendants. | CASE NO.  S-04-1855 FCD PAN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINES RE PRETRIAL CONFERENCE STATEMENT, PRETRIAL CONFERENCE AND RELATED ORDER TO SHOW CAUSE**<br><br>"AS MODIFIED" |

Plaintiff Keith T. Towns ("Towns") and Defendant Ameriquest Mortgage Company ("Ameriquest") hereby stipulate as follows:

    1.  That the pretrial conference currently scheduled for March 31, 2006, may be continued for a period of approximately three weeks.

    2.  That the parties' joint pretrial conference statement deadline be continued for approximately two weeks; and

    3. That the Order to Show Cause hearing be continued to the date selected for the continued pretrial conference.

Good cause exists for a continuance of the above-referenced deadlines.  The parties mediated this matter on March 13, 2006, at which the parties made progress on settlement

1  negotiations. The potential settlement contemplates a refinancing of Towns' residential mortgage
2  loan with Ameriquest. Accordingly, Towns needs time to work with potential lenders to assess
3  his lending ability, and the parties need to agree on the settlement amounts at issue. The
4  mediation was originally scheduled for March 6, 2006, through the Court's VDRP Program,
5  Richard Pachter, Esq. presiding as mediator. Mr. Pachter became unexpectedly unavailable on
6  March 6, 2006, and March 13 , 2006 was the earliest available date thereafter.

7  Given that the parties are working towards settlement of this matter, the parties
8  respectfully suggest that their efforts are best spent on settlement for the next couple of weeks
9  rather than trial preparations to minimize party and judicial resources.

11  DATED: March __, 2006              BUCHALTER NEMER,
12                                     A Professional Corporation

14                                     By: _____
                                            MIA S. BLACKLER
15                                          Attorneys for Defendants
                                            AMERIQUEST MORTGAGE COMPANY and
16                                          TOWN & COUNTRY TITLE SERVICES, INC.

17  DATED: March __, 2006              LAW OFFICES OF LEWIS NELSON

19                                     By: _____
                                            LEWIS NELSON
20                                          Attorneys for Plaintiff
                                            KEITH T. TOWNS

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

# ORDER

1. The pretrial conference currently scheduled for March 31, 2006 is VACATED and RESET to Friday, May 19, 2006 at 1:30 p.m.;

2. The parties' joint pretrial conference statement shall be filed on or before May 12, 2006; and

3. The Order to Show Cause hearing currently scheduled for March 31, 2006 is VACATED and RESET to Friday, May 19, 2006 at 1:30 p.m. Defendant's response to the Order to Show Cause shall be filed on or before May 12, 2006;

4. The court trial set for May 23, 2006 is VACATED and shall be RESET, if necessary, at the final pretrial conference.

**IT IS SO ORDERED**

Dated: March 22, 2006         /s/ Frank C. Damrell Jr.
                              THE HONORABLE FRANK C. DAMRELL, JR.
                              JUDGE OF THE EASTERN DISTRICT COURT