UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| KEITH T. TOWNS,<br><br>   Plaintiff,<br><br>   vs.<br><br>AMERIQUEST MORTGAGE COMPANY, TOWN AND COUNTRY TITLE SERVICES, INC., NORTH AMERICAN TITLE COMPANY, and DOES 1 TO 10, inclusive,<br><br>   Defendants. | CASE NO.  S-04-1855 FCD PAN<br><br>**ORDER GRANTING DEFENDANT AMERIQUEST MORTGAGE COMPANY'S MOTION TO STAY PROCEEDINGS AND TO SUSPEND ALL PRETRIAL DEADLINES AND TRIAL DATE** |

   This matter is before the court on defendant Ameriquest Mortgage Company's Motion to Stay Proceedings and to Suspend all Pretrial Deadlines and Trial Date (the "Motion").  Having considered defendant's moving papers and plaintiff Keith Towns' non-opposition thereto, and good cause appearing,

   **IT IS HEREBY ORDERED THAT** the Motion is GRANTED as follows:

   1.   This action is hereby STAYED pending a final determination from the Judicial Panel on Multidistrict Litigation (the "Panel") whether this action will be deemed a "tag-along action" and transferred to *In re Ameriquest Mortgage Company Lending Practices Litigation*, Case No. 1:05-CV-07097 in the United States District Court for the Northern District of Illinois.

28 U.S.C. § 1407.  Said stay of the proceedings is in the interests of judicial economy and in an effort to avoid inconsistent rulings and vexation of the parties.

     2.    All pretrial and trial dates are suspended pending the Panel's final determination.

DATED: June 13, 2006

/s/ Frank C. Damrell Jr     .
FRANK C. DAMRELL, JR
UNITED STATES DISTRICT JUDGE