1  BUCHALTER NEMER
   A Professional Corporation
2     SARAH K. ANDRUS (#174323)
      MIA S. BLACKLER (#188112)
3  333 Market Street, 25th Floor
   San Francisco, CA  94105-2130
4  Telephone: (415) 227-0900 / Facsimile: (415) 227-0770

5  Attorneys for Defendants
   AMERIQUEST MORTGAGE COMPANY AND
6  TOWN & COUNTRY TITLE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| KEITH T. TOWNS,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERIQUEST MORTGAGE COMPANY, TOWN AND COUNTRY TITLE SERVICES, INC., NORTH AMERICAN TITLE COMPANY, and DOES 1 TO 10, inclusive,<br><br>        Defendants. | CASE NO.  S-04-1855 FCD PAN<br><br>**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S REQUEST TO CONTINUE DEADLINE RE PRETRIAL CONFERENCE STATEMENT AND ORDER**<br><br>**"AS MODIFIED"** |

Defendant Ameriquest Mortgage Company ("Ameriquest") hereby requests that the parties' joint pretrial conference statement deadline be continued for approximately two weeks.  The current deadline for the revised pretrial statement is October 5, 2007.  Counsel for Ameriquest is out of town in Washington, DC attending depositions in an unrelated matter the week of October 1-5, 2007.

As set forth in the attached electronic mail dated October 1, 2007 from Ameriquest's counsel to Plaintiff's counsel, Ameriquest has not received Plaintiff's proposed revisions to the joint pretrial statement.  Ameriquest's counsel followed up on her email to Plaintiff's counsel by having her assistant leave a telephonic message for Plaintiff's counsel on October 2, 2007.  To date, Ameriquest has received no response to either its email or telephone

message.

Prior to making this request, Ameriquest requested that Plaintiff stipulate to a brief continuance to file the revised joint pretrial statement, as set forth in the proposed stipulation attached to Ameriquest's counsel's October 1, 2007 electronic mail message. Ameriquest has not received a response to its request.

Given that Ameriquest has not received a response to its email or any proposed revisions from Plaintiff to the pretrial statement, completing the revisions to the joint pretrial statement as requested by this Court will prove difficult given that the parties need to coordinate the revisions and their counsel are currently located in two different time zones. Ameriquest therefore respectfully request that this Court continue the joint pretrial statement due date. Alternatively, Ameriquest requests that it be permitted to submit an individual revised pretrial statement on or before October 12, 2007.

A continuance of the above-referenced deadline will not require a continuance of either the March 28, 2008 pretrial conference hearing, or the May 6, 2008 trial date.

DATED:  October 3, 2007                    BUCHALTER NEMER,
                                           A Professional Corporation


                                           By:_____
                                              MIA S. BLACKLER
                                              Attorneys for Defendants
                                              AMERIQUEST MORTGAGE COMPANY and
                                              TOWN & COUNTRY TITLE SERVICES, INC.

The parties' Revised Joint Pretrial Conference Statement shall be filed on or before October 12, 2007. The parties are reminded that failure to submit a JOINT statement may result in the imposition of sanctions.

Dated:  October 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE