UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH T. TOWNS,  )
                 )   2:04-cv-1855-FCD-EFB
     Plaintiff,  )
                 )   ORDER VACATING
     v.          )   SETTLEMENT CONFERENCE
                 )
AMERIQUEST MORTGAGE CO., et al., )
                 )
     Defendants. )

       On November 6, 2007, United States District Judge Frank C. Damrell issued a Pretrial Conference Order setting a settlement conference before the undersigned judge to commence at 1:30 p.m. on December 7, 2007, and requiring the parties to submit to the undersigned judge's chambers "confidential settlement conference statements seven (7) calendar days prior to the conference." (Pretrial Conf. Order at 12.)

       Plaintiff has not submitted a settlement conference statement; it was due on Friday, November 30, 2007. When the undersigned judge called Plaintiff's counsel earlier today to determine why he had not submitted a settlement conference statement and whether he intended to submit a settlement conference statement,

1

the undersigned judge only reached a voice recording.  Further, when the undersigned judge contacted defense counsel earlier today, it was discovered that at least one of the Defendants has made airline reservations in order to appear at the December 7 settlement conference.

Since Plaintiff failed to submit a settlement conference statement, and since it is unclear whether Plaintiff intends to appear at the December 7 settlement conference, that settlement conference is vacated.

IT IS SO ORDERED.

Dated:  December 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge